In the United States District Court

for the __Northern__ District of __California__

E-FILING

FILED

2008 APR 22  A 11: 45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

United States of America

v.

Thomas Sangel

}  Criminal No.

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, __Thomas Sangel__, defendant, have been informed that a __information__ _(indictment, information, complaint)_ is pending against me in the above designated cause. I wish to plead __guilty__ _(guilty, nolo contendre)_ to the offense charged, to consent to the disposition of the case in the __Northern__ District of __Iowa__ in which I __reside__ _am under arrest, am held)_ and to waive trial in the above captioned District.

Dated: __March__ __31__ at __3:04 pm__

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

Approved

| United States Attorney for the | United States Attorney for the |
|---|---|
| __Northern__ District of | __Northern__ District of |
| __California__ | __Iowa__ |

FORM USA-153
SEP 82

In the United States District Court

for the _____Northern_____ District of _____California_____

FILED
2008 APR 22 A 11: 45
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

United States of America

v.

Thomas Sangel

Criminal No.    CR 08-00185 JF

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, _____Thomas Sangel_____, defendant, have been informed that a __information__ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead __guilty__ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the _____Northern_____ District of _____Iowa_____ in which I __reside__ (am under arrest, am held) and to waive trial in the above captioned District.

Dated: __March__, __31__ at __3:04 pm__

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

Approved

_____
United States Attorney for the
_____Northern_____ District of _____California_____

_____
United States Attorney for the
_____Northern_____ District of _____Iowa_____

FORM USA-153
SEP 82

In the United States District Court

for the ____Northern____ District of ____California____

FILED
2008 APR 22 A 11: 45
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

United States of America

v.

Thomas Sangel

Criminal No.   CR 08-00185 JF

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, ____Thomas Sangel____, defendant, have been informed that a ____information____ (indictment, *information, complaint*) is pending against me in the above designated cause. I wish to plead ____guilty____ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the ____Northern____ District of ____Iowa____ in which I ____reside____ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: ____March 31____ at ____3:04 pm____

(Defendant)

(Witness)

(Counsel for Defendant)

Approved
4/8/06

United States Attorney for the
____Northern____ District of
____California____

United States Attorney for the
____Northern____ District of
____Iowa____

FORM USA-153
SEP 02

## CERTIFICATE OF SERVICE

**FILED**
2008 APR 22 A 11: 45
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

<u>U.S. v. THOMAS SANGEL CR 08-00185 JF</u>

I, Lauri Gomez, declare that I am a citizen of the United States, over the age of 18 years and not a party to the within action. I hereby certify that a copy of the foregoing:

**CONSENT TO TRANSFER CASE FOR PLEA AND SENTENCING UNDER RULE 20**

was served ___by hand; ___by facsimile; ___by Federal Express _X_ by first class mail by placing a true copy of each such document(s) in a sealed envelope with postage thereon fully paid, either in a U.S. Mail mailbox or in the designated area for outgoing U.S. Mail in accordance with the normal practice of the United States Attorney's Office; ____by placing in the mailbox located in the District Court Clerk's Office and addressed to the following:

NEY MCDANIEL, ESQ.
1215 West 11th Street
Spencer, IA 51301

I declare under penalty of perjury that the foregoing is true and correct, and that this certificate was executed at San Jose, California.

Date: April 22, 2008

Lauri Gomez
Paralegal Specialist
U.S. Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113