**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                        408.535.5363

April 23, 2008

**Office of the Clerk-USDC**
**301 United States Courthouse**
**Sioux, City, IA 51101**

Case Number: **CR-08-00185-JF (Your Case#                    )**

Case Title**:      U S A - vs -   Thomas Sangel**

Dear Clerk:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, please forward   the following:

      (X)      Certified copy of the docket entries;

      (X)      Certified copy of the Indictment/Information;

      (X)      Certified copy of the Plea agreement

      Please acknowledge receipt of the above document on the copy of this letter.

Very truly yours,

RICHARD W. WIEKING, Clerk

by: _Cita F. Escolano_
Case Systems Administrator

(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                      General Court Number
Clerk                                                                              408.535.5363

April 23, 2008

**Office of the Clerk-USDC**
**301 United States Courthouse**
**Sioux, City, IA 51101**

Case Number: **CR-08-00185-JF (Your Case#                     )**

Case Title**:**      **U S A - vs -   Thomas Sangel**

Dear Clerk:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, please forward   the following:

    (X)      Certified copy of the docket entries;

    (X)      Certified copy of the Indictment/Information;

    (X)      Certified copy of the Plea agreement

    Please acknowledge receipt of the above document on the copy of this letter.

Very truly yours,

RICHARD W. WIEKING, Clerk

by: _Cita F. Escolano_
Case Systems Administrator

(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number
Clerk                                                                                    408.535.5363

April 23, 2008

**Office of the Clerk-USDC**
**301 United States Courthouse**
**Sioux, City, IA 51101**

Case Number: **CR-08-00185-JF (Your Case#                    )**

Case Title**:**     **U S A - vs -    Thomas Sangel**

Dear Clerk:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, please forward   the following:

    (X)     Certified copy of the docket entries;

    (X)     Certified copy of the Indictment/Information;

    (X)     Certified copy of the Plea agreement

    Please acknowledge receipt of the above document on the copy of this letter.

Very truly yours,

RICHARD W. WIEKING, Clerk

by: _____

Case Systems Administrator

(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy

o:\mrg\crim\r20.out                                                              Rev 11/95