**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5363 |

April 23, 2008
Amended

**Office of the Clerk-USDC**
**301 United States Courthouse**
**Sioux, City, IA 51101**


Case Number: **CR-08-00185-JF (Your Case#                    )**

Case Title**:**     U S A - vs -    Thomas Sangel

Dear Clerk:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, please forward   the following:

    (X)     Certified copy of the docket entries;

    (X)     Certified copy of the Indictment/Information;

    (X)     Certified copy of the Plea agreement

    (X)     Certified copy of Rule 20

Please acknowledge receipt of the above document on the copy of this letter.

Very truly yours,

RICHARD W. WIEKING, Clerk

by:____*Cita F. Escolano*____
      Case Systems Administrator


(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy

**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
────────────
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5363 |

April 23, 2008
Amended

**Office of the Clerk-USDC**
**301 United States Courthouse**
**Sioux, City, IA 51101**

Case Number: **CR-08-00185-JF (Your Case#                )**

Case Title**:**     **U S A - vs -   Thomas Sangel**

Dear Clerk:

                                                  enclosed are

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, ~~please forward~~   the following:

    (X)    Certified copy of the docket entries;

    (X)    Certified copy of the Indictment/Information;

    (X)    Certified copy of the Plea agreement

    (X)    Certified copy of Rule 20

Please acknowledge receipt of the above document on the copy of this letter.

                                                 Very truly yours,

                                                 RICHARD W. WIEKING, Clerk

                                                 *Cita F. Escolano*
                          by: ─────────────────
                                Case Systems Administrator

(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy