UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**
General Court Number
408.535.5363
2008 MAY -6  A 7 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

April 23, 2008
Amended

Office of the Clerk-USDC
301 United States Courthouse
Sioux, City, IA 51101

Case Number: **CR-08-00185-JF** (Your Case# CR08-4050-MWB

Case Title:    U S A - vs -   Thomas Sangel

Dear Clerk:

enclosed are

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, ~~please forward~~ the following:

(X)    Certified copy of the docket entries;

(X)    Certified copy of the Indictment/Information;

(X)    Certified copy of the Plea agreement

(X)    Certified copy of Rule 20

Please acknowledge receipt of the above document on the copy of this letter.

Very truly yours,

RICHARD W. WIEKING, Clerk

_Cita F. Escalona_
by:
Case Systems Administrator

(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy

APR 3 0 2008
U.S. District Court
Room 301, Federal Building
320 Sixth Street
Sioux City, Iowa 51101-1210

o:\mrg\crim\r20.out                                              Rev 11/95